Zachary W. Silverman
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

Steven M. Cowley (admitted pro hac vice)
Nicholas Soivilien (admitted pro hac vice)
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

ANDREA CARTER-BOWMAN

               Plaintiff,

-versus-

ABRAMS MEDIA NETWORK

               Defendant.

------------------------------------ X

No. 12-cv-4989

**NOTICE OF PARTIALLY ASSENTED-TO MOTION FOR <u>LEAVE TO AMEND THE COMPLAINT</u>**

*[Handwritten annotation: "File amended pleading by December 7, 2012. Motion granted. SO ORDERED. [signature] 11/30/12"]*

PLEASE TAKE NOTICE that upon the annexed Declaration of Zachary W. Silverman, dated October 16, 2012, and the exhibits thereto and all of the pleadings and prior proceedings

AM 17502153.1

had herein, plaintiff Andrea Carter-Bowman hereby moves this Court for an Order pursuant to Fed. R. Civ. P. 15(a)(2) and 17(a)(3) granting Carter-Bowman leave to amend the Complaint.

Dated: New York, NY
October 18, 2012

											_____
											Zachary W. Silverman
											EDWARDS WILDMAN PALMER LLP
											750 Lexington Avenue
											New York, NY 10022
											(212) 308-4411

											Steven M. Cowley (admitted pro hac vice)
											Nicholas Soivilien (admitted pro hac vice)
											EDWARDS WILDMAN PALMER LLP
											111 Huntington Avenue
											Boston, MA 02199
											(617) 239-0100

											Attorneys for Plaintiff

AM 17502153.1											2