USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

ANDREA CARTER-BOWMAN, LTD.,

    Plaintiff,

- against -

STYLEITE LLC and MEDIAITE LLC,

    Defendants.
---------------------------------x

12 Civ. 4989 (PKC)
ECF CASE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among Andrea Carter-Bowman, Ltd. and Styleite LLC and Mediaite LLC, through their undersigned counsel, that the above-captioned action is hereby dismissed with prejudice, without costs to any party, and with each party to bear its own attorney's fees and costs.

Dated: New York, New York
       February __, 2013

| EDWARDS WILDMAN PALMER LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Nicholas Soivilien | By: /s/ James Rosenfeld |
| Steven M. Cowley (admitted *pro hac vice*) | James E. Rosenfeld, Esq. |
| Nicholas Soivilien (admitted *pro hac vice*) | Eric J. Feder, Esq. |
| 111 Huntington Avenue | |
| Boston, MA 02199 | 1633 Broadway |
| (617) 239-0100 | New York, NY 10019 |
| | (212) 489-8230 |
| Zachary W. Silverman, Esq. | |
| 750 Lexington Avenue | *Attorneys for Defendants Styleite LLC and* |
| New York, NY 10022 | *Mediaite LLC* |
| (212) 308-4411 | |

*Attorneys for Plaintiff Andrea Carter-Bowman Ltd.*

SO ORDERED.

Dated: New York, New York

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge

2-14-13